# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9266719 | GODWARD | 5952 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 08/01/2021 0538
Offense Charged: ☐ CFR ☒ USC ☒ State Code
18 U.S.C. 13
CVC 23152(a)

Place of Offense: INTERSECTION OF WIRE MOUNTAIN AND CARNES RD. CAMP PENDLETON, CA 92055

Offense Description: Factual Basis for Charge    HAZMAT ☐

DRIVING UNDER THE INFLUENCE OF AN ALCOHOLIC BEVERAGE.

### DEFENDANT INFORMATION

Last Name: HERNANDEZ
First Name: SABRINA
M.I.: C.

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8LQE905 | CA | 20 | Hyundai/Elantra | | RED |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 21- 02248 Forfeiture Amount
$30 Processing Fee
$ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 W. BROADWAY, SAN DIEGO, CA 92101
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the collateral due.

ENCLOSURE (2)

X Defendant Signature: [signature]
144932

Original - CVB Copy
21-02248
*9266719*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01 AUGUST, 20 21 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

- SEE ATTACHED STATEMENT OF PROBABLE CAUSE.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/01/2021    [signature] #5952
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/06/2021 14:42